**FILED**

**03/01/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Southern District of

Indianapolis Division

| | | |
|---|---|---|
| **LA WUANDIA WILLIAMS** | ) | Case No.    1:21-cv-469-TWP-MJD |
| | ) | |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| | ) | |
| | ) | |
| **REPUBLIC AIRWAYS HOLDINGS INC et al** | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.      The Parties to This Complaint**

     **A.      The Plaintiff(s)**

          Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | LA WUANDIA WILLIAMS |
| Street Address | 2215 E 68th Street  3-F |
| City and County | CHICAGO COOK COUNTY |
| State and Zip Code | ILLINOIS - 60649 |
| Telephone Number | (312)  375-2869 |
| E-mail Address | LAWUANDIA@YAHOO.COM |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | REPUBLIC AIRWAYS HOLDINGS INC |
| Job or Title *(if known)* | |
| Street Address | 8909 PURDUE ROAD - SUITE 300 |
| City and County | INDIANAPOLIS - MARION |
| State and Zip Code | INDIANA - 46268 |
| Telephone Number | (317) 484-6000 |
| E-mail Address *(if known)* | CORPCOMM@RJET.COM |

Defendant No. 2

| | |
|---|---|
| Name | DONALD GIBSON |
| Job or Title *(if known)* | INFLIGHT MANAGER |
| Street Address | 8909 PURDUE ROAD SUITE 300 |
| City and County | INDIANAPOLIS- MARION |
| State and Zip Code | INDIANA - 46268 |
| Telephone Number | (317) 484-6000 |
| E-mail Address *(if known)* | DONALD.GIBSON@RJET.COM |

Defendant No. 3

| | |
|---|---|
| Name | SARA GLORE |
| Job or Title *(if known)* | HUMAN RESOURCES |
| Street Address | 8909 PURDUE ROAD - SUITE 300 |
| City and County | INDIANAPOLIS - MARION |
| State and Zip Code | INDIANA - 45268 |
| Telephone Number | (317)484-6000 |
| E-mail Address *(if known)* | SARA.GLORE@RJET.COM |

Defendant No. 4

| | |
|---|---|
| Name | MICHAEL WINEGAR |
| Job or Title *(if known)* | FLIGHT ATTENDANT/UNION STEWART |
| Street Address | 8909 PURDUE ROAD - SUITE 300 |
| City and County | INDIANAPOLIS - MARION |
| State and Zip Code | INDIANA - 46268 |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

| | |
|---|---|
| Telephone Number | (317) 484-6000 |
| E-mail Address *(if known)* | AIRLINES@LOCAL135.COM |

**C.      Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | REPUBLIC AIRWAYS - INDIANAPOLIS INTERNATIONAL AIRPORT |
| Street Address | 7800 COL. H. WEIR COOK MEMORIAL DRIVE |
| City and County | INDIANAPOLIS - MARION |
| State and Zip Code | INDIANA - 46241 |
| Telephone Number | (317) 484-6000 |

**II.      Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒      Other federal law *(specify the federal law)*:

Employment/ Racial Discrimination, Harassment and Retaliation, Wrongful Termination

☒      Relevant state law *(specify, if known)*:

Employment/ Racial Discrimination, Harassment and Retaliation, Wrongful Termination

☒      Relevant city or county law *(specify, if known)*:

Employment/Racial Discrimination, Harassment and Retaliation, Wrongful Termination

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☒    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☒    Unequal terms and conditions of my employment.

☒    Retaliation.

☒    Other acts *(specify)*:    False Allegations, Destruction of Charecter

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

Throughot September 2019 and through until October 31, 2019

C.    I believe that defendant(s) *(check one)*:

☒    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒    race              African American

☐    color

☐    gender/sex

☐    religion

☐    national origin

☐    age *(year of birth)*                    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

I was targeted and harassed with unfounded charges, I was never given an aopportunity to defend or prove my innocence.  I was insulted with allegations of my ethnic hair.

I was charged with several false accusations, among which: regarding my hair, stating it was not compliant, although my base manager has a similar hairstyle, my attire was attacked, I was accused of not following safety compliance, and insulting  passengers, even though, I have numerous customer satisfaction certificates which rated my appearance , demeanor and skills above the  company's average.

Upon attending the in person meeting, I was ambushed by the inflight manager Donald Gibson, along with a member of HR, Sara Glore and a union rep Michael Winegar, these, namely Donald Gibson sommoned me to the Headquarters Office for an 'in person' meeting on a misleading request, to discuss, as I was informed to discuss an allegation of a phone conversation that took place with a Scheduling Manager, to who hung up on me during a conversation when I was pleading for help for lodging accommodations,  Upon arrival to headquarters, I was  ambushed, and accused of several false charges some involving my base manage Chelsea Ostemeyer, who, although was listed to attend, was not present at meeting, and of which, I was never afforded the opportunity to respond or defend myself.

To add, prior to the in person meeting actually taking place, there were a series of irrelevant events that I was victimized and called to attend, I was placed on an indefinite suspension beginning September 2019, additionally, I was accused of 125 verbal assaults to agents of the Scheduling and Support departments, of which, when I asked to hear the alleged assaults, I was told by Donald Gibson, 'he did not have time to play the recordings , and when I suggested emailing the transcripts, I was denied that request by the union rep Michael Winegar.  There were several meeting cancellations leading up to the Headquarters 'in person' meeting with the individuals mentioned above.   Prior to the meeting I received a call from the Union Rep Michael Winegar who suggested that I resign for the reason, as he stated, 'he knew Donald Gibson and HR wanted to terminate me.

Upon arrival, as stated, I was ambushed with questions and accusations outside of the scope that I was suspended, I was charged with a list of false accounts, of which again, I was never allowed to contest nor allowed the opportunity to defend myself; and when I questioned who the accusers were; I was told that information was confidential.

I was charged harshly with what I described as fathom allegations - further, outside of the company's disciplinary process, I was placed on final warning - the Republic officers in this disciplinary meeting violated the discipline process, as this was the first disciplinary account of these charges, of which according to policy, if factual, a verbal warning is issued, not a final.  Also, I felt I was a target as within the next two (2) weeks I was terminated on a separate report account of which other non ethnic flight attendants have been not been terminated.

I find the allegations racial, to site my ethnic hair as non compliant, to berate me for mishandling passengers, yet I was applauded on serveral occassions, even by the CEO Mr Bedford for my outstanding customer care.  I add that non ethnic flight attendants are not treated as abrasively for the same action, also, to charge me with the allegation of the condition of my attire, when in fact no action is taken when non ethnic flight attendants who are photographed with soiled uniform and being out of uniform have 'no' disciplinary charges. Additionally, I believe the targeting was also retaliation in that I filed a workers injury, having suffered an injury while inflight.  Thank you

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**IV.    Exhaustion of Federal Administrative Remedies**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

March 12, 2020

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    12/13/2020    .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

**V.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I, La Wuandia Williams, Plaintiff, request and seek to have employemnt restored and the cost of employment wages recovered  including all wage increases, bonus and other incidentals and punitive damages for tarnished/defamation of character ($150,000).  Thank you

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          2/28/2021

Signature of Plaintiff          /s/ La Wuandia Williams

Printed Name of Plaintiff     La Wuandia Williams

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address