THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| LA WUANDIA WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO.: 1:21-cv-00469-TWP-MJD |
| REPUBLIC AIRWAYS HOLDINGS INC., DONALD GIBSON, SARA GLORE, and MICHAEL WINEGAR, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the parties Stipulation of Dismissal With Prejudice of Plaintiffs Claims Against Michael Winegar Only, heretofore filed by the parties.

And the Court being in all things duly advised

Now, therefore, **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs claims against Michael Winegar in this matter be, and hereby are, dismissed, with prejudice. Plaintiff and Michael Winegar shall each bear their own costs with regard to Plaintiff's claims against Defendant Michael Winegar.

**SO ORDERED**

Date: 12/5/2022

*[signature]*

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Service of this Order will be made Electronically on all ECF-registered counsel of record via email generated by the Court s ECF system.