UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LA WUANDIA WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:21-cv-00469-TWP-MJD |
| REPUBLIC AIRWAYS HOLDINGS INC, DONALD GIBSON, and SARA GLORE, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND PLAINTIFF'S RESPONSE TO DEFENDANTS' REPLY IN SUPPORT OF SUMMARY JUDGMENT RESPONSE**

This matter is before the Court on Plaintiff LaWuandia Williams' Motion for Leave to Amend Plaintiff's Response to Address Defendants' Reply in Support of Summary Judgment Response (Dkt. 218), wherein Williams seeks permission to amend her Response to the Defendants' Motion for Summary Judgment.

For the reasons stated in the Magistrate Judge's Order, (*see* Dkt. 213), denying Plaintiff's *pro se* surreply and amended surreply, this Motion for Leave to Amend Plaintiff's Response to Address Defendants' Reply in Support of Summary Judgment Response (Dkt. 218) is **DENIED**. The Court repeats that briefing on Defendants' Motion for Summary Judgment (Dkt. 176) is closed, and no additional briefing is required or allowed. A ruling on the Summary Judgment motion will be issued in due course.

**SO ORDERED.**

Date: 10/5/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

LaWuandia Williams
lawuandia@yahoo.com

Tae K. Sture
STURE LEGAL SERVICES LLC
tae@sturelaw.com

David J. Carr
ICE MILLER LLP
David.carr@icemiller.com

Paul Conrad Sweeney
ICE MILLER LLP
Paul.sweeney@icemiller.com