UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LA WUANDIA WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:21-cv-00469-TWP-MJD |
| REPUBLIC AIRWAYS HOLDINGS INC, DONALD GIBSON, SARA GLORE, and MICHAEL WINEGAR, | ) ) ) ) |
| Defendants. | ) ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

All claims having now been resolved in this action; the Court now enters **FINAL JUDGMENT**:

All claims of the Second Amended Complaint between Plaintiff La Wuandia Williams and Defendant Michael Winegar have been **resolved through stipulation of dismissal with prejudice**.

Pursuant to the Court's Entry on Motion for Summary Judgment, **judgment is entered** in favor of Defendants Republic Airways Holdings Inc., Donald Gibson, and Sara Glore and against Plaintiff La Wuandia Williams on the remaining claims of the Second Amended Complaint.

This action is **TERMINATED**.

Dated: 11/3/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Daniel P Bowman
Bowman & Vlink, LLC
dbowman@fdgtlaborlaw.com

David J. Carr
ICE MILLER LLP (Indianapolis)
david.carr@icemiller.com

Tae K. Sture
STURE LEGAL SERVICES LLC
tae@sturelaw.com

Paul Conrad Sweeney
ICE MILLER LLP (Indianapolis)
paul.sweeney@icemiller.com

David T. Vlink
Teamsters Local Union 135
dvlink@local135.com